UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/2/2020_____
```

MICHAEL CETTA, INC. d/b/a SPARKS STEAK HOUSE, on behalf of themselves and all others similarly situated,

       Plaintiff,

-against-

ADMIRAL INDEMNITY COMPANY,

       Defendant.

20 Civ. 4612 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  Defendant's motion for an extension of time to answer, ECF No. 12, is GRANTED. By **July 31, 2020**, Defendant shall answer or otherwise respond to the complaint. The Clerk of Court is directed to terminate the motion at ECF No. 12.

  SO ORDERED.

Dated: July 2, 2020
   New York, New York

                   _____
                   ANALISA TORRES
                  United States District Judge