**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MICHAEL CETTA, INC. d/b/a SPARKS STEAK
HOUSE *on behalf of themselves and all others
similarly situated*,

                     Plaintiff,

     -against-                                     20 **CIVIL** 4612 (JPC)

                                                                **JUDGMENT**

ADMIRAL INDEMNITY COMPANY,

                     Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 11, 2020, the Admiral's motion to dismiss, Dkt. 24 is granted; Sparks did not move this Court for leave to amend the Complaint, and, in all events, the Court finds that allowing leave to amend would be futile; therefore, this case is dismissed with prejudice; accordingly, this case is closed.

**Dated:**  New York, New York
           December 11, 2020

                                                               **RUBY J. KRAJICK**
                                                                  _____
                                                                     **Clerk of Court**
                                                      **BY:**
                                                                      **Deputy Clerk**